| | |
|---|---|
| TODD A. NOAH (SBN 152328) | GARY M. RINCK (SBN 91288) |
| GEOFFREY T. STANIFORD (SBN 184114) | JOHN WILEY & SONS, INC. |
| DERGOSITS & NOAH LLP | 111 River Street |
| Four Embarcadero Center, Suite 1450 | Hoboken, New Jersey 07030 |
| San Francisco, California 94111 | Telephone: (201) 748-5845 |
| Telephone: (415) 705-6377 | Facsimile: (201) 748-5689 |
| Facsimile: (415) 705-6383 | |
| | |
| Attorneys for Plaintiff/Counterdefendant | Attorneys for Defendant/Counterclaimant |
| ROBOLAW CORPORATION | JOHN WILEY & SONS INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROBOLAW CORPORATION, | ) | Civil Action No. 04-5092 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| JOHN WILEY & SONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Robolaw Corporation and John Wiley & Sons, Inc. ("the Parties") hereby stipulate, through their respective counsel of record, that this action be dismissed with prejudice pursuant to the terms of the Parties' April 29, 2005 Settlement Agreement. Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.


DERGOSITS & NOAH LLP



Dated: May 13, 2005        By:_____/s/ Todd A. Noah_____
                               Todd A. Noah
                               Attorneys For Plaintiff and Counterdefedant
                               ROBOLAW CORPORATION

-1-

JOHN WILEY & SONS, INC.

Dated: May 13, 2005                    By: _____/s/ Gary M. Rinck_____
                                            Gary M. Rinck
                                            Attorney for Defendant and Counterclaimant
                                            JOHN WILEY & SONS, INC.

     I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Gary M. Rinck.

Dated: May 13, 2005                    /s/ Todd A. Noah_____

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May ___, 2005

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE
Civil Action No. C 04-5092 SI